AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Richard Shawn Owens | ) | 5:23-mj-00052 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 10, 2023__ in the county of __Greenbrier__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(9) | Possession of Firearm After Conviction for a Misdemeanor Crime of Domestic Violence |

This criminal complaint is based on these facts:

On or after July 16, 2013, Richard Shawn Owens knew he was convicted in Chesterfield County, Virginia, of Assault and Battery of a Family Member, a misdemeanor crime of domestic violence. On or about August 10, 2023, Owens knowingly possessed a firearm manufactured outside the state of West Virginia (a loaded Glock, model 19X, 9mm handgun) in Lewisburg, Greenbrier County, West Virginia.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

HSI SA Daniel Karshenas
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: August 10, 2023

City and state: Charleston, West Virginia

Omar J. Aboulhosn
United States Magistrate Judge